**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLES HORN,**

           **Plaintiff,**

-vs-                                          **Case No. 6:07-cv-190-Orl-28KRS**

**JOHN HARKNESS, EXECUTIVE**
**DIRECTOR OF THE FLORIDA BAR, IN**
**HIS OFFICIAL CAPACITY,**

           **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Application to proceed without Prepayment of Fees (Doc. No. 2) filed February 7, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice and Count I, III, IV and V of Plaintiff's Complaint be dismissed with prejudice and Count II be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 16, 2007 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Application to Proceed without Prepayment of Fees (Doc. No. 2) is **DENIED without prejudice.**

3. Counts I, III, IV and V of Plaintiff's Complaint are **DISMISSED with prejudice.**

4. Count II of Plaintiff's Complaint is **DISMISSED without prejudice.** Plaintiff shall have eleven (11) days from the date of this Order to file an amended complaint repleading the allegations in Count II with more specificity.

5. Plaintiff shall also have eleven (11) days from the date of this Order to file a renewed motion to proceed without payment of fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party